**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **FRED NEKOUEE,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**MDC COASTAL 1, LLC; BED BATH & BEYOND INC.; and BED BATH & BEYOND OF OVERLAND PARK INC.,**<br><br>    **Defendants.** | Case No. 2:18-CV-02309-JAR-JPO |

**ORDER**

Before the Court is Plaintiff Fred Nekouee's Stipulation for Dismissal with Prejudice (Doc. 8), which the Court construes as notice of voluntary dismissal, stating that this matter may be dismissed in its entirety with prejudice due to the parties' settlement. Being duly advised, for good cause shown and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

**IT IS THEREFORE ORDERED BY THE COURT** that this case is DISMISSED WITH PREJUDICE with each party to bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: August 8, 2018

 S/ Julie A. Robinson
 JULIE A. ROBINSON
 CHIEF UNITED STATES DISTRICT JUDGE